UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) CASE NO. 1:25-CR-5
v. )
) JUDGES Atchley/Steger
ADELVIS JOSE RODRIGUEZ-CARMONA )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about November 18, 2024, within the Eastern District of Tennessee, the defendant, ADELVIS JOSE RODRIGUEZ-CARMONA, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(5).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III,
UNITED STATES ATTORNEY

By: *[signature]*
RUSS SWAFFORD
Assistant United States Attorney

FILED
JAN 28 2025
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga