1:25-cr-5

# CRIMINAL CASE COVER SHEET

By: ☒ INDICTMENT ☐ SUPERSEDING   Case Number:
☐ INFORMATION (*Requires AO 455 Waiver of Indictment for Felony Cases*)
☐ RULE 20

USA v. ADELVIS JOSE RODRIGUEZ-CARMONA

☒ Felony   ☐ Class A Misdemeanor (*AO 86A Consent form required at Initial Appearance*)
☐ Misdemeanor (Not Class A)   ☐ Petty Offense

Immigration Cases
☐ Defendant is being added to existing criminal case   ☐ Zone A   ☐ Zone B
☐ Charges/Counts Added

Name of Assigned AUSA: Russ Swafford

Matter Sealed:   YES   ✗ NO   Place of Offense: Hamilton County, TN
☒ Interpreter Required   Language: Spanish

Issued:   ☒ WARRANT   ☐ SUMMONS   ☒ WRIT (*Motion to be filed*)

Arresting Agency:   ☐ DEA   ☐ ATF   ☐ USMS   ☐ FBI   Other: HSI

Current Trial Date (*if any*):         before Judge

☐ Criminal Complaint Filed         Case Number:
☐ Defendant on Supervised Release   Case Number:

Related Case/Attorney:

Case Number:         Attorney:

Reason for Related Case Determination:

Defense Counsel (*if any*):

☐ Federal Defender   ☐ CJA   ☐ Retained

Appointed by Target Letter         Case Number:
Appointed in Pending Indictment   Case Number:

CHARGES: Total number of Counts for this Defendant: 1

Attorney Signature: [signed]

# CRIMINAL CASE COVER SHEET

Case Number:

USA v. ADELVIS JOSE RODRIGUEZ-CARMONA

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| Title 18, United States Code, Section 922(g)(5). | On or about November 18, 2024, within the Eastern District of Tennessee, the defendant, ADELVIS JOSE RODRIGUEZ-CARMONA, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, said firearm having been shipped and transported in interstate commerce. | Y | 1 | |