UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 1:25-CR-_5_ |
| v. ) | |
| ) | JUDGES _Atchley/Steger_ |
| ADELVIS JOSE RODRIGUEZ-CARMONA ) | |

### CERTIFICATION

The United States of America, by and through Assistant United States Attorney Russ Swafford, certifies that the instant prosecution ☐ was ☒ was not a matter or case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

Respectfully Submitted,

FRANCIS M. HAMILTON III,
UNITED STATES ATTORNEY

By: _/s/ Russ Swafford_
RUSS SWAFFORD
Assistant United States Attorney
Tennessee Bar No. 034803
Florida Bar No. 1036066
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 385-1332
russ.swafford@usdoj.gov