**JUDGMENT:** Case No. 1:25-cr-5     USA v. Adelvis Jose Rodriguez-Carmona

**PRESENT:** Honorable Charles E. Atchley, Jr.     ☒ U.S. District Judge  OR  ☐ U.S. Magistrate Judge

| Russ Swafford | Christopher Meadows | Lindsey Pasko |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Allison Laster | Elizabeth Coffey | Carola Lehmacher-Richez |
| Courtroom Deputy | Court Reporter | Interpreter  ☒ SWORN |

**PROCEEDINGS:** ☒ Plea agreement accepted by Court  ☒ PSR guidelines are  ☒ accurate  ☐ as modified  ☒ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
upward departure: ☐ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☒ granted ☐ denied

☐ Deft speaks  OR  ☒ Deft declines to speak

Document(s) 16,29,34  ☐ unsealed  ☒ remain sealed

**TESTIMONY BY:** ___

☐ Exhibits attached to minutes    ☐ Exhibits in vault

**IMPRISONMENT:** 36 MONTHS on COUNT(s) One of the Indictment to run concurrent with New York City Criminal Court Docket No. 004603-23QN and Catoosa County GA State Court Docket No. E05316711

**SUPERVISED RELEASE/PROBATION:** 3 YEARS on COUNT(s) One of the Indictment

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☒ report to Probation Officer w/in 72 hrs of release
☒ not commit another federal, state or local crime
☒ abide by standard conditions on Local Rule 83.10
☒ not possess a firearm or other destructive device
☒ not illegally possess or use a controlled substance
☒ participate in collection of DNA
☒ submit to search
☐ perform ___ hours of community service
☐ comply with any BICE deportation orders
☒ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☒ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** waive confidentiality as to substance abuse treatment

☒ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** mental health eval/treatment

**RESTITUTION:**

☐ Interest Waived   ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** ___  OR  ☒ Waived    **SPECIAL ASSESSMENT:** $100.00    ☒ Payment due immediately  ☐ Interest waived

☒ Court waived fine due to deft's inability to pay    ☒ Deft informed of right to appeal    ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal  ☒ remained in custody  ☐ remained on bond

Deft to self-report on or before ___ at ___

Time: 10:25 to 10:45    Date: 9/25/2025